**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Becker Logistics, LLC, vs. KLO    Case Number: 1:20-cv-00784
Acquisition, LLC

An appearance is hereby filed by the undersigned as attorney for:

Becker Logistics, LLC

Attorney name (type or print): Michael Parrent

Firm: Emerson & Elder, P.C.

Street address: 53 W. Jackson Blvd. STE 526

City/State/Zip: Chicago/IL/60604

Bar ID Number: 6311291
(See item 3 in instructions)                    Telephone Number: 872-222-3728

Email Address: michael@emersonelder.com

Are you acting as lead counsel in this case?          ☐ Yes  ☑ No

Are you acting as local counsel in this case?         ☐ Yes  ☑ No

Are you a member of the court's trial bar?            ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel

                                                  ☐ Appointed Counsel
                                                  If appointed counsel, are you

                                                  ☐ Federal Defender

                                                  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/21/2020

Attorney signature:    S/ Michael Parrent
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015