## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| BECKER LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No.: 1:20-cv-00784** |
| vs. | ) | |
| | ) | **Judge Harry D. Leinenweber** |
| KLO ACQUISITION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

**TO:**  Joshua Gadharf
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
P: 248.593.2942
*jgadharf@mcdondaldhopkins.com*

**PLEASE TAKE NOTICE** that on **Wednesday, July 29, 2020,** there was filed with the clerk of U.S. District Court of the Northern District of Illinois, Eastern Division, **Becker Logistics, LLC's Motion For Leave To File Its Amended Complaint**, a copy of which is attached hereto and is hereby served upon you.

EMERSON & ELDER, P.C.

By: */s/ Michael Parrent*

Michael Parrent
Firm ID: 58666
Attorney For Plaintiff
Email: michael@emersonelder.com
Emerson & Elder, P.C.
53 West Jackson Blvd.
Suite 526
Chicago, IL 60604
Tel: (872) 222-3728

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2020 service of the foregoing document was accomplished pursuant to ECF as to Filing Users and I shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.

By:       s/ Michael Parrent
          Michael Parrent
          Emerson & Elder, P.C.
          53 West Jackson Boulevard
          Suite 526
          Chicago, Illinois 60604
          Telephone:  (872) 222-3728
          *Attorney for Plaintiff Becker Logistics, LLC*