**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Becker Logistics, LLC

      Plaintiff,

v.             Case No.: 1:20–cv–00784
             Honorable Harry D. Leinenweber

KL OUTDOOR LLC, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 22, 2020:

   MINUTE entry before the Honorable Harry D. Leinenweber: Telephone conference and ruling on motion hearing held. Request for default against defendants KLO ACQUISITION, LLC, KL OUTDOOR LLC, KLO HOLDINGS, LLC D/B/A HEMISPHERE DESIGN WORKS, LLC, and KLO INTERMEDIATE HOLDINGS, LLC [24] is granted. Telephonic prove up hearing for damages is set for 1/13/21 at 9:30 a.m. Dial in information is as follows: 888–684–8852 or 215–446–0155, access code: 9582710#. Security code (if asked): 8115. A NOTICE of Voluntary Dismissal as to New Water Capital, L.P and New Water Capital GP, LLC Without Prejudice, having been filed, they are dismissed from this action and their pending motion to dismiss [24] is moot. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.