**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Becker Logistics, LLC       ,

Plaintiff(s),

v.

KLO Acquisition, LLC  ,

Defendant(s).

Case No.  20 C 784
Judge  Harry D. Leinenweber

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Becker Logistics, LLC
and against defendant(s) KLO Acquisition, LLC
in the amount of $177,448.75 plus costs, including $400 filing fee  ,

which ☐ includes        pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion.

Date:   1/13/2021

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk